### SHEPPARD *v.* MITCHELL.

ATKINSON, J. The allegations made in the petition setting forth equities in favor of the plaintiff were denied by the answer of the defendant, and the evidence submitted upon the issue thus made was of such

character as to show no abuse of discretion in refusing to grant an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

Argued October 25,—Decided November 15, 1907.

Petition for injunction. Before Judge Littlejohn. Lee superior court. June 3, 1907.

*Blalock & Cobb, R. E. Lee,* and *Hollis Fort,* for plaintiff.

*G. W. Warwick,* for defendant.